USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-20-10

*SANDS,*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

CARTIER INTERNATIONAL AG and CARTIER, a
division of RICHEMONT NORTH AMERICA,

Plaintiffs,

- against -

ILS HOLDINGS, LLC and SWISS WATCH
INTERNATIONAL, INC d/b/a THE SWI GROUP.

Defendants.

-------------------------------------------------------------- x

10-CIV-6390 (LBS)

**STIPULATION AND ORDER**



RECEIVED
SEP 1 6 2010

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that

Defendants ILS Holdings, LLC and SWISS WATCH INTERNATIONAL, INC's time to answer,

move or otherwise respond to the Complaint is hereby extended to and including October 6,

2010. The current date to answer or move is September 16, 2010. There have been no prior

extensions or requests therefor. This stipulation may be executed by facsimile, digitally or similar

means and the reproduction of signatures thereon will be treated as originals.

Dated: New York, New York
       September 15, 2010

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: ___John P. Margiotta___
        John P. Margiotta
866 United Nations Plaza
New York, NY 10017
(212) 583-7400
*Attorneys for Plaintiffs*

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By: _____
        L. Donald Prutzman
900 Third Avenue
New York, NY 10022
(212) 508-6723
*Attorneys for Defendants*

SO ORDERED
_____
                    U.S.D.J.

9/29/10