USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CARTIER INTERNATIONAL AG and CARTIER, a
division of RICHEMONT NORTH AMERICA,

    Plaintiffs,

- against -

ILS HOLDINGS, LLC and SWISS WATCH
INTERNATIONAL, INC d/b/a THE SWI GROUP,

    Defendants.

------------------------------------------------------------x

10-CIV-6390 (LBS)

**STIPULATION AND ORDER**

OCT - 7 2010

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that Defendants ILS Holdings, LLC and Swiss Watch International, Inc's time to answer, move or otherwise respond to the Complaint is hereby further extended to and including October 26, 2010. The current date to answer or move is October 6, 2010. There has been one prior extension. The purpose of this extension is to facilitate ongoing settlement discussions.

Dated: New York, New York
      October 6, 2010

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
    John P. Margiotta
866 United Nations Plaza
New York, NY 10017
(212) 583-7400
*Attorneys for Plaintiffs*

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By: _____
    L. Donald Prutzman
900 Third Avenue
New York, NY 10022
(212) 508-6723
*Attorneys for Defendants*

SO ORDERED
_____ U.S.D.J.
10/7/10