UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CARTIER INTERNATIONAL AG AND CARTIER, A :
DIVISION OF RICHEMONT NORTH AMERICA,    :    Civil Action No. 10-CV-8390
                                        :    (LBS)
       Plaintiffs,                      :
                                        :
       - against -                      :
                                        :
ILS HOLDINGS, LLC AND SWISS WATCH       :
INTERNATIONAL, INC D/B/A THE SWI GROUP, :
                                        :
       Defendants.                      :
                                        :
------------------------------------------------------------------ x

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, which are all private non-governmental parties, certifies that there are no corporate parents, affiliates and/or subsidiaries of any Defendant that are publicly held.

Dated: New York, New York
       October 26, 2010

                              COFFEY BURLINGTON, PL

                              2699 S. Bayshore Drive, Penthouse
                              Miami, Florida 33133

                              Gabriel Groisman ggroisman@coffeyburlington.com
                              (to be admitted *pro hac vice*)
                              Kevin Kaplan kkaplan@coffeburlington.com
                              (to be admitted *pro hac vice*)

                                    – and –

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT, LLP

By: _____
L. Donald Prutzman

900 Third Avenue
New York, New York 10022
212-508-6739
Prutzman@thshlaw.com

*Attorneys for Defendants*