```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

CARTIER INTERNATIONAL AG and CARTIER, a          :     10-CIV-6390 (LBS)
division of RICHEMONT NORTH AMERICA,             :
                                                 :     **ORDER ADMITTING**
                         Plaintiffs,             :     **KEVIN CROW KAPLAN**
                                                 :     ***PRO HAC VICE***
        - against -                              :
                                                 :
ILS HOLDINGS, LLC and SWISS WATCH                :
INTERNATIONAL, INC d/b/a THE SWI GROUP.          :
                                                 :
                         Defendants.             :
----------------------------------------------------------------- x

Upon the motion of L. Donald Prutzman, attorney for Defendants and said sponsor's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant Name: | Kevin Crow Kaplan, Esq. |
| Firm Name: | Coffey Burlington |
| Address: | Office In The Grove, PH |
| | 2699 South Bayshore Dr |
| | Miami, Florida  33133 |
| Phone: | 305-858-2900 |
| Fax: | 305-858-5261 |
| Email: | kkaplan@coffeyburlington.com |

is admitted to practice *pro hac vice* as counsel for defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: Dec. 2, 2010

_____
U.S.D.J.