UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
:
CARTIER INTERNATIONAL AG and CARTIER, a       :     10-CIV-6390 (LBS)
division of RICHEMONT NORTH AMERICA,          :
:                 **ORDER ADMITTING**
Plaintiffs,                    :                 **GABRIEL GROISMAN**
:                 *PRO HAC VICE*
- against -                                   :
:
ILS HOLDINGS, LLC and SWISS WATCH             :
INTERNATIONAL, INC d/b/a THE SWI GROUP.       :
:
Defendants.                    :
------------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-10

Upon the motion of L. Donald Prutzman, attorney for Defendants and said sponsor's affidavit in support:

**IT IS HEREBY ORDERED** that

    Applicant Name:    Gabriel Groisman, Esq.
    Firm Name:    Coffey Burlington
    Address:    Office In The Grove, PH
    2699 South Bayshore Dr
    Miami, Florida 33133
    Phone:    305-858-2900
    Fax:    305-858-5261
    Email:    GGroisman@coffeyburlington.com

is admitted to practice *pro hac vice* as counsel for defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: Dec. 2, 2010

                                                              U.S.D.J.