```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-31-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CARTIER INTERNATIONAL AG and          :
CARTIER, a division of RICHEMONT      :
NORTH AMERICA, INC.,                  :
                                      :
                      Plaintiffs,   :     Civil No. 10-CIV-6390 (LBS)
                                      :
                v.                  :
                                      :     STIPULATED AND [PROPOSED]
ILS HOLDINGS, LLC and SWISS WATCH,    :     ORDER TO EXTEND SCHEDULE
INTERNATIONAL, INC d/b/a THE SWI      :
GROUP,                                :
                                      :
                      Defendants.   :
------------------------------------------------------x

The Court, having reviewed the joint application of Plaintiffs, Cartier International AG and Cartier, a division of Richemont North America, Inc., and Defendants, ILS Holdings, LLC and Swiss Watch International, Inc. d/b/a/ The SWI Group, to extend the remaining dates in this proceeding by ninety (90) days (or thereabout), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The last date to complete fact discovery is extended from July 8, 2011 to October 5, 2011.

2. The deadline to serve expert reports, if any, on issues on which a party has the burden of proof is extended from August 8, 2011 to November 7, 2011. The deadline to serve rebuttal expert reports, if any, is extended from September 9, 2011 to December 8, 2011.

3. The deadline to complete expert depositions, if any, is extended from October 28, 2011 to January 26, 2012.

4. The deadline to serve dispositive motions is extended from December 2, 2011 to March 1, 2012.

5. The deadline for the parties to submit the Joint Pre-Trial Order if no dispositive motions are filed is extended from December 9, 2011 to March 8, 2012.

{F0794966.1 }

2

All other dates and items set forth in the Joint Report on Rule 26(f) Conference and Proposed Discovery Plan, which was memo endorsed by the Court on March 28, 2011, are not changed and remain in effect.

Dated: May 31, 2011

_____
Hon. Leonard B. Sand, U.S.D.J.