John P. Margiotta
Laura Popp-Rosenberg
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900
*jmargiotta@frosszelnick.com*
*lpopp-rosenberg@frosszelnick.com*

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
CARTIER INTERNATIONAL AG and
CARTIER, a division of RICHEMONT
NORTH AMERICA,

                       Plaintiffs,

                   v.

ILS HOLDINGS, LLC and SWISS WATCH
INTERNATIONAL, INC d/b/a THE SWI
GROUP,

                      Defendants.
-------------------------------------------------------------x

No. 10 Civ. 6390 (LBS)

**NOTICE OF APPEARANCE**
**FOR PLAINTIFFS**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel to plaintiffs Cartier International AG and Cartier, a division of Richemont North America, and that copies of all papers in this action should be delivered to the undersigned at the address provided below.

Dated: August 23, 2011
        New York, New York

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _/s/ Anna Leipsic_
     Anna Leipsic (*aleipsic@frosszelnick.com*)
866 United Nations Plaza
New York, NY 10017
Tel: (212) 813-5900
Fax: (212) 813-5901

*Counsel for Plaintiffs*

{F0847998.1}