John P. Margiotta
Laura Popp-Rosenberg
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900
*jmargiotta@frosszelnick.com*
*lpopp-rosenberg@frosszelnick.com*

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
CARTIER INTERNATIONAL AG and
CARTIER, a division of RICHEMONT          :   No. 10 Civ. 6390 (LBS)
NORTH AMERICA,                             :

                Plaintiffs,   :   **NOTICE OF APPEARANCE**
                               :   **FOR PLAINTIFFS**
        v.                              :

ILS HOLDINGS, LLC and SWISS WATCH   :
INTERNATIONAL, INC d/b/a THE SWI     :
GROUP,                                :

                Defendants.   :
-----------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel to plaintiffs Cartier International AG and Cartier, a division of Richemont North America, and that copies of all papers in this action should be delivered to the undersigned at the address provided below.

Dated: August 23, 2011            FROSS ZELNICK LEHRMAN & ZISSU, P.C.
       New York, New York

                                  By: _____
                                       Michael Chiappetta (*mchiappetta@frosszelnick.com*)
                                       866 United Nations Plaza
                                       New York, NY 10017
                                       Tel: (212) 813-5900
                                       Fax: (212) 813-5901

                                  *Counsel for Plaintiffs*

{F0848002.1}