```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-30-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARTIER INTERNATIONAL AG *et al.*,

                              Plaintiffs,

    v.

ILS HOLDINGS, LLC, *et al.*,

                              Defendants.

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

10 Civ. 6390 (LBS) (JLC)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*

    All discovery disputes

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purposes (e.g. dispositive motion, preliminary injunction)

    Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All Such Motions: _____

*Do not check if already referred for general pretrial.

SO ORDERED.
Dated: August 30, 2011
      New York, NY

                                                    _____
                                                    U.S.D.J.

Part I