```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-12-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CARTIER INTERNATIONAL AG and  :
CARTIER, a division of RICHEMONT  :
NORTH AMERICA, INC.,  :
  :
              Plaintiffs,  :    Civil No. 10-CIV-6390 (LBS)
  :
    v.  :
  :    **STIPULATED AND [PROPOSED]**
ILS HOLDINGS, LLC and SWISS WATCH,  :    **ORDER TO EXTEND SCHEDULE**
INTERNATIONAL, INC d/b/a THE SWI  :
GROUP,  :
  :
              Defendants.  :
------------------------------------------------------x

        The Court, having reviewed the application of Plaintiffs, Cartier International AG and Cartier, a division of Richemont North America, Inc., and Defendants, ILS Holdings, LLC and Swiss Watch International, Inc. d/b/a/ The SWI Group, to extend the remaining dates in this proceeding by sixty (60) days (or thereabout), and good cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

    1.    The last date to complete fact discovery is extended from October 5, 2011 to December 5, 2011.

    2.    The deadline to serve expert reports, if any, on issues on which a party has the burden of proof is extended from November 7, 2011 to January 6, 2012. The deadline to serve rebuttal expert reports, if any, is extended from December 8, 2011 to February 6, 2012.

    3.    The deadline to complete expert depositions, if any, is extended from January 26, 2012 to March 26, 2012.

    4.    The deadline to serve dispositive motions is extended from March 1, 2012 to April 30, 2012.

{F0853242.1}

2

5. The deadline for the parties to submit the Joint Pre-Trial Order if no dispositive motions are filed is extended from March 8, 2012 to May 7, 2012.

Dated: September 9, 2011

_____
Hon. Leonard B. Sand, U.S.D.J.