UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARTIER INTERNATIONAL AG and,
CARTIER, a division of RICHEMONT        :   ORDER
NORTH AMERICA, INC.,                    :
                                        :   10 Civ. 6390 (LBS) (JLC)
                Plaintiffs,             :
                                        :
    -against-                           :
                                        :
ILS HOLDINGS, LLC and SWISS WATCH,      :
INTERNATIONAL, INC. d/b/a THE SWI       :
GROUP,                                  :
                                        :
                Defendants.             :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

Defendants' request for an informal conference with the Court to address purported discovery deficiencies in Plaintiffs' document responses, as set forth in counsel's letter dated September 21, 2011, is denied without prejudice. In light of Plaintiffs' response (set forth in their September 22, 2011 letter), the parties are directed to meet and confer regarding the outstanding discovery issues, and then, if any disputes remain, the parties may seek court assistance.

**SO ORDERED.**

Dated: New York, New York
       September 27, 2011

_____
JAMES L. COTT
United States Magistrate Judge

**Copies of this Order have been sent by ECF to all counsel of record.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2011

USDC SDNY
DATE SCANNED 9/27/2011