UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CARTIER INTERNATIONAL AG and          : Civil Action No. 10-cv-6390
CARTIER, a division of RICHEMONT      :
NORTH AMERICA,                        : STIPULATED AND [PROPOSED]
                                      : ORDER EXTENDING SCHEDULE
            Plaintiffs,               :
                                      :
      v.                              :
                                      :  USDS SDNY
ILS HOLDINGS, LLC and SWISS           :  DOCUMENT
WATCH INTERNATIONAL, INC              :  ELECTRONICALLY FILED
d/b/a/ THE SWI GROUP,                 :  DOC #: _____
                                      :  DATE FILED: 11-23-11
            Defendants.               :
                                      :
------------------------------------------------------------------x

The Court, having reviewed the application of Plaintiffs, Cartier International AG and Cartier, a division of Richemont North America, Inc., and Defendants, ILS Holdings, LLC and Swiss Watch International, Inc. d/b/a The SWI Group, to extend the remaining dates in this proceeding by ninety (90) days (or thereabout), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The last date to complete fact discovery is extended from December 5, 2011 to March 4, 2012.

2. The deadline to serve expert reports, if any, on issues on which a party has the burden of proof is extended from January 6, 2012 to April 5, 2012.

3. The deadline to serve rebuttal expert reports, if any, is extended from February 6, 2012 to May 7, 2012.

4. The deadline to complete expert depositions, if any, is extended from March 26, 2012 to June 25, 2012.

5. The deadline to serve dispositive motions is extended from March 1, 2012 to May 30, 2012.

6. The deadline for the parties to submit the Joint Pre-Trial Order if no dispositive motions are filed is extended from May 7, 2012 to August 6, 2012.

**SO ORDERED.**

Dated: New York, New York
       November 28, 2011

_____
Hon. Leonard B. Sand, U.S.D.J.

cc: All parties of record